1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SUSAN MORRISON, | Case No. 3:13-cv-00654 NC |
| Plaintiff, | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, | |
| Defendant. | |

In accordance with Civil Local Rule 3-12(c), **I**T IS HEREBY ORDERED that the above captioned case is referred to Judge Jeffrey S. White to determine whether it is related to Susan Morrison v. U.S. Department of Justice, Case No. 3:12-cv-04093 JSW.

IT IS SO ORDERED.

Date: February 19, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge